IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven Matthew Daniels, | ) | No. CV 06-30-PHX-EHC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Joseph Arpaio, | ) ) | |
| Defendant. | ) ) ) | |

On May 15, 2006, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation, [dkt. 8], recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with Court orders. Plaintiff has not filed a Response or Objection.

Accordingly,

**IT IS ORDERED** that Report and Recommendation [dkt. 8] is **ADOPTED**; Plaintiff's Complaint [dkt. 1] is **DISMISSED** without prejudice.

DATED this 26th day of June, 2006.

_____
Earl H. Carroll
United States District Judge